

FILED ___ ENTERED
___ ᵀᴱᴰ ___ ᴿᴱᴄᴱIVED

JAN 1 2 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

**SOUTHERN DIVISION**

**ZIYA MIRZAJANOV**, Petitioner,

V.

**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS);**
**JOSEPH B. EDLOW, Director of USCIS;**
**ALEJANDRO N. MAYORKAS, Secretary of the Department of Homeland Security;**
**RON ROSENBERG, Director, Arlington Asylum Office**, Respondents.
**U.S. Attorney for the District of Maryland**
Attorney General of the United States

Civil Action No. SAG 2 6 CV 0 0 1 0 7

**PETITION FOR WRIT OF MANDAMUS AND COMPLAINT FOR DECLARATORY RELIEF**

**INTRODUCTION**

This action seeks to compel USCIS to adjudicate Petitioner's Form I-589, Application for Asylum and
for Withholding of Removal, filed on December 16, 2022, which has been pending for more than three
years without interview or decision.

**JURISDICTION AND VENUE**
This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1361, and 5 U.S.C. §§ 701–706. Venue is
proper under 28 U.S.C. § 1391(e).

## PARTIES

Petitioner Ziya Mirzajanov resides in Ellicott City, Maryland. Respondents are federal officials sued in
their official capacities.

## FACTS

Petitioner filed Form I-589 on December 16, 2022. Biometrics were completed on January 5, 2023. No
interview or adjudication has occurred despite multiple inquiries, an expedite request denial, and
congressional inquiry.

## CLAIMS FOR RELIEF

### Count I – Unreasonable Delay (APA)

Respondents have unlawfully withheld agency action in violation of 5 U.S.C. §§ 555(b) and 706(1).

### Count II – Mandamus (28 U.S.C. § 1361)

Respondents owe Petitioner a clear, nondiscretionary duty to adjudicate the application.

## PRAYER FOR RELIEF

Petitioner respectfully requests issuance of a writ of mandamus compelling adjudication, declaratory
relief, costs, and other just relief.
Respectfully submitted,
D. Direct that Petitioner's Petition and summons be served on the U.S. Attorney for the District of Maryland and the Attorney General of the United States in accordance with Rule 4(i) of the Federal Rules of Civil Procedure;

**Ziya Mirzajanov**
3136 Normandy Woods Dr., Apt C
Ellicott City, MD 21043
Phone: (979) 328-5353
Email: ziya.mirzacanov@gmail.com

Dated: _10/1/2026_

P. Щ